# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2021

Lyle W. Cayce
Clerk

No. 20-10502
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jeffrey Scott Akard,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:19-CR-98-1

Before Dennis, Costa, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jeffrey Scott Akard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Akard has not filed a response. We have reviewed counsel's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-10502

brief and the relevant portions of the record reflected therein.  We concur
with counsel's assessment that the appeal presents no nonfrivolous issue for
appellate review.  Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein, and
the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.